[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-10599
Non-Argument Calendar

_____

D. C. Docket No. 04-00067-CR-T-26-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEE CURTIS ROBINSON,
a.k.a. Fat,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 27, 2006)**

Before DUBINA, CARNES and HULL, Circuit Judges.

PER CURIAM:

Todd Hudson Seiden, counsel for Lee Curtis Robinson, has moved to

withdraw from further representation of Williams, because, in his opinion, the appeal is without merit.  Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Robinson's conviction and sentence are **AFFIRMED**.